# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

David A. Potts,

                  Plaintiff,                        Civil No. 09-2566 (RHK/RLE)

vs.                                     **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

The Septic Heater Company,

                  Defendant.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  September 24, 2009

                                    s/Richard H. Kyle
                                    RICHARD H. KYLE
                                    United States District Judge